**Fill in this information to identify your case:**

Debtor 1: **Andrew Leo Wilkin**
First Name  Middle Name  Last Name

Debtor 2: _____
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $57,200.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Wilkin, Andrew Leo** _____    Case number *(if known)* _____

|  | **Debtor 1**<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | **Debtor 2**<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $26,400.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
|  | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $88,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $114,400.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | **Debtor 1**<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | **Debtor 2**<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Ripe Assets, LLC | $5,152.81 |  |  |
|  | RAF 2, LLC | $2,431.61 |  |  |
|  | RAF 3, LLC | $1,121.01 |  |  |
|  | Solar Vista Investor LLC | $695.87 |  |  |
|  | Transfer - 1265 Fairfax St, Denver, CO 80220 Rent | $7,900.00 |  |  |
|  | Unable to identify source | $75.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | Ripe Assets Management LLC | $23,005.00 |  |  |
|  | Ripe Assets Management LLC (RAV 4, LLC, passthrough) | $115.00 |  |  |
|  | Ripe Assets, LLC | $34,140.00 |  |  |

Debtor 1   **Wilkin, Andrew Leo**                                    Case number *(if known)*

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| | **Ripe Assets Fund 1, LLC** | $1,352.00 | | |
| | **RAF 2, LLC** | $1,784.00 | | |
| | **RAF 3, LLC** | $13,656.00 | | |
| | **Best Apartments LLC** | $7,447.00 | | |
| | **Transfer - 1265 Fairfax St, Denver, CO 80220 Rent** | $21,000.00 | | |
| | **Gift from Gillian Wilkin** | $8,000.00 | | |
| | **Unable to identify source** | $2,819.14 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | **Ripe Assets, LLC** | $3,575.00 | | |
| | **Transfer - 1265 Fairfax St, Denver CO 80220 Rent** | $5,560.00 | | |
| | **Unable to identify source** | $5,875.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1  **Wilkin, Andrew Leo**  Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **US Bank, NA**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **3/26/2019;**<br>**5/6/2019;**<br>**6/3/2019;**<br>**6/21/2019** | **$6,200.76** | **$205,699.07** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **US Bank, NA**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **4/1/2019;**<br>**5/1/2019; 6/3/2019** | **$7,012.83** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **1265 Fairfax mortgage rental property - Wife (joint account)** |
| **US Bank, NA**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **4/1/2019;**<br>**5/1/2019; 6/3/2019** | **$2,422.29** | **$105,265.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **8/1/2018;**<br>**9/4/2018;**<br>**10/1/2018;**<br>**11/1/2018;**<br>**12/3/2018;**<br>**1/2/2019/;**<br>**2/1/2019;**<br>**3/1/2019;**<br>**4/1/2019;**<br>**5/1/2019; 6/3/209** | **$25,755.00** | **$0.00** | **US Bank mortgage on wife's 1265 Fairfax rental property (Joint Account)** |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **6/4/2019** | **$1,959.13** | **$0.00** | **Wife's Chase credit card (Joint Account)** |

Debtor 1    **Wilkin, Andrew Leo**                                    Case number *(if known)*

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| **Gillian Wilkin** 1255 Fairfax St Denver, CO 80220-2524 | 7/31/2018; 8/31/2018; 9/28/2018; 11/9/2018; 12/3/2018; 1/3/2018; 1/28/2018; 4/1/2019; 5/9/2019; 5/30/2019; 6/27/2019 | $9,055.66 | $0.00 | **Wife's US Bank credit card (Joint Account)** |
| **Gillian Wilkin** 1255 Fairfax St Denver, CO 80220-2524 | 8/7/2018; 9/7/2018; 10/10/2018; 11/7/2018; 12/7/2018; 1/8/2019; 2/7/2019; 3/7/2019; 4/9/2019; 5/7/2019 | $3,763.00 | $0.00 | **Wife's student loans with Missouri Higher Education Loan Authority (Joint Account)** |
| **Gillian Wilkin** 1255 Fairfax St Denver, CO 80220-2524 | 8/7/2018; 9/6/2018; 10/9/2018; 11/7/2018; 12/6/2018; 1/8/2019; 2/6/2019; 3/6/2019; 4/8/2019; 5/7/2019 | $2,027.18 | $0.00 | **Wife's insurance (Joint Account)** |
| **Gillian Wilkin** 1255 Fairfax St Denver, CO 80220-2524 | 8/7/2018; 9/7/2018; 10/10/2018; 11/7/2018; 12/7/2018; 1/8/2019 | $1,849.38 | $0.00 | **Wife's Chase bank auto loan (Joint Accout)** |
| **Gillian Wilkin** 1255 Fairfax St Denver, CO 80220-2524 | 7/18/2018; 8/20/2018; 9/18/2018; 10/18/2018; 11/19/2018; 12/18/2018; 1/18/2019; 2/19/2019; 3/18/2019; 4/18/2019; 5/20/2019; 6/18/2019 | $1,200.00 | $0.00 | **Mattress payment in wife's name (Joint Account)** |
| **Acute Property Management LLC** 1974 S Acoma St Denver, CO 80223-3902 | 7/12/2018 to 7/12/2019 | $15,000.00 | $0.00 | **Business expenses paid with personal credit card** |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications,

Official Form 107           **Statement of Financial Affairs for Individuals Filing for Bankruptcy**           page 5

Debtor 1     **Wilkin, Andrew Leo**                                              Case number *(if known)*_____

and contract disputes.

- ☐ No
- ☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **People of the State of Colorado v. Andrew Leo Wilkin**<br>**2018T23** | **Motor Vehicle** | **Sedgewick County Combined Court** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    - ☒ No. Go to line 11.
    - ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    - ☒ No
    - ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    - ☒ No
    - ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ☐ No
    - ☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524**<br><br>Person's relationship to you: **Spouse** | **Burberry jacket** | **12/24/18** | **$635.14** |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524**<br><br>Person's relationship to you: **Spouse** | **Money toward purhcase of 1265 Fairfax Rental Property** | **8/28/2017** | **$84,570.00** |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524**<br><br>Person's relationship to you: **Spouse** | **Magic Show Tickets** | **3/11/19** | **$241.50** |

Debtor 1  **Wilkin, Andrew Leo**  Case number *(if known)*

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **Ring - rose gold** | **5/10/2019** | **$200.00** |
| Person's relationship to you: **Spouse** | | | |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **Fjallraven Jacket** | **12/10/2017** | **$544.23** |
| Person's relationship to you: **Spouse** | | | |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **Miscellaneous Christmas Items** | **12/16/2017** | **$102.48** |
| Person's relationship to you: **Souse** | | | |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **Painting from Mexico Trip** | **3/10/2018** | **$545.75** |
| Person's relationship to you: **Spouse** | | | |
| **Gillian Wilkin**<br>**1255 Fairfax St**<br>**Denver, CO 80220-2524** | **Miscellaneous Christmas Gifts** | **12/23/2018** | **$73.47** |
| Person's relationship to you: **Spouse** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Chanda Plan Foundation**<br>**1630 Carr St**<br>**Lakewood, CO 80214-5985** | **$900** | **5/18/2018** | **$900.00** |
| **Adoption Options**<br>**1355 S Colorado Blvd Ste 501**<br>**Denver, CO 80222-3322** | **$650** | | **$650.00** |

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

Official Form 107                     Statement of Financial Affairs for Individuals Filing for Bankruptcy                          page **7**

Debtor 1  **Wilkin, Andrew Leo**  Case number (*if known*) _____

---

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Onsager \| Fletcher \| Johnson LLC**<br>**1801 Broadway Ste 900**<br>**Denver, CO 80202-3858**<br><br>**Gillian Wilkin** | $5,785.00 | 6/3/2019 and 6/12/2019 | $5,785.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902**<br><br>**Company** | $37,000 - owner contribution | | 8/31/2017;<br>2/15/2018;<br>4/26/2018;<br>5/11/2018;<br>2/4/2019;<br>2/5/2018;<br>3/14/2019;<br>4/5/2019;<br>4/25/2019;<br>5/24/2019;<br>6/10/2019 |
| **Loren James Chilton**<br>**62 Lost Lake Cir**<br>**Divide, CO 80814-9717**<br><br>**Third Party Purchaser** | Subaru Outback AWD 2015 | $18,350 pre tax (Debtor entitled to $9,175) | 7/3/2019 |
| **RAF 4 LLC**<br><br>**Investment** | $47,544.49 | Investment | 12/17/2018;<br>8/23/2018;<br>8/27/2018 |

---

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page **8**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1   **Wilkin, Andrew Leo**     Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **RAF 2, LLC**<br><br>**Investment** | **$453.00** | **Investment** | **11/5/2018** |
| **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902**<br><br>**Sole Member/Manager** | **$195,000.00** | **Return of same day transfers** | **5/10/2018** |
| **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902**<br><br>**Sole Member/Manager** | **$25,000.00** | **Return of same day transfer** | **2/1/2018** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
    - ■ No
    - ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

**Part 8:**   **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    - ■ No
    - ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
    - ■ No
    - ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
    - ■ No
    - ☐ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for**

Debtor 1   **Wilkin, Andrew Leo**                                Case number *(if known)*

someone.

☒ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:   Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ☒ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ☒ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ☒ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies. Go to Part 12.

   ☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **10**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1  **Wilkin, Andrew Leo**                                Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | **Property Management Services** | EIN: **26-1821320**<br>From-To **2007 to present** |
| **Acute Living LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | **Property Management Services** | EIN:<br>From-To **2018 to present** |
| **Ripe Assets Management LLC**<br>**9385 Pepperwood Ln**<br>**Highlands Ranch, CO 80126-3401** | **Property Management Services** | EIN: **83-1374249**<br>From-To **2018 to present** |
| **Ripe Assets, LLC**<br>**9385 Pepperwood Ln**<br>**Highlands Ranch, CO 80126-3401** | **Real Estate Holding Company** | EIN: **47-1612354**<br>From-To **2014 to present** |
| **Ripe Assets Fund 1, LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | **Real Estate Holding Company** | EIN: **47-1902214**<br>From-To **2015 to present** |
| **RAF 2, LLC**<br>**9382 Pepperwood Ln**<br>**Highlands Ranch, CO 80126-3401** | **Real Estate Holding Company** | EIN: **82-3446568**<br>From-To **2017 to present** |
| **RAF 3, LLC**<br>**9385 Pepperwood Ln**<br>**Highlands Ranch, CO 80126-3401** | **Real Estate Holding Company** | EIN: **82-0897958**<br>From-To **2017 - 2019** |
| **Best Apartments LLC**<br>**17910 E Dorado Dr**<br>**Centennial, CO 80015-5915** | **Real Estate Holding Company** | EIN: **46-0623205**<br>From-To **2012 to present** |
| **Solar Vista Investors, LLC**<br>**700 Colorado Blvd**<br>**Denver, CO 80206-4084** | **Real Estate Holding Company** | EIN: **83-0828222**<br>From-To **2018 to present** |
| **Shell Company LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | **Property Management** | EIN: **36-4900695**<br>From-To **2018 to present** |
| **JAWS Landscape Services LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | **Landscaping** | EIN:<br>From-To **2016 to present** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **US Bank NA**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **2017** |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **11**

Debtor 1  **Wilkin, Andrew Leo**　　　　　　　　　　　　Case number *(if known)*

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Bank of the West**<br>**12000 Washington St Ste 300**<br>**Thornton, CO 80241-1927** | **October 2018** |
| **Sabal Financial Group**<br>**4 Park Plz Ste 2000**<br>**Irvine, CA 92614-2578** | **September 2018** |
| **CBRE**<br>**101 W Washington St Ste 1000**<br>**Indianapolis, IN 46204-3434** | **September 2017** |
| **Bank of Colorado**<br>**1609 E Harmony Rd**<br>**Fort Collins, CO 80525-3238** | **April 2017** |

### Part 12:  Sign Below

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Andrew Leo Wilkin**

**Andrew Leo Wilkin**
**Signature of Debtor 1**                              Signature of Debtor 2

Date  **July 12, 2019**                                 Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).