| Fill in this information to identify your case: | | |
|---|---|---|
| **Debtor 1** | **Andrew Leo Wilkin** | |
| | First Name | Middle Name | Last Name |
| **Debtor 2** (Spouse if, filing) | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **Acute Property Management LLC** **1974 S Acoma St** **Denver, CO 80223-3902** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.8**__ <br> ☐ Schedule G _____ <br> **1974 SA & 2373 SB, LLC** |
| 3.2 | **Acute Property Management LLC** **1974 S Acoma St** **Denver, CO 80223-3902** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.17**__ <br> ☐ Schedule G _____ <br> **Ally Financial** |
| 3.3 | **Acute Property Management LLC** **1974 S Acoma St** **Denver, CO 80223-3902** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.18**__ <br> ☐ Schedule G _____ <br> **Alpha Capital Group** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor 1 | **Wilkin, Andrew Leo** | Case number *(if known)* | |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Ascentium Capital** |
| 3.5 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.24**___<br>☐ Schedule G _____<br>**Bank of the West** |
| 3.6 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.30**___<br>☐ Schedule G _____<br>**Broadway Capital Funding** |
| 3.7 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ■ Schedule D, line ___**2.1**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**CBSG/PAR Funding** |
| 3.8 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ■ Schedule D, line ___**2.2**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**CBSG/PAR Funding** |
| 3.9 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.50**___<br>☐ Schedule G _____<br>**Forward Financing, LLC** |
| 3.10 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**GTR Source LLC** |
| 3.11 | **Acute Property Management LLC**<br>**1974 S Acoma St**<br>**Denver, CO 80223-3902** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.53**___<br>☐ Schedule G _____<br>**Influx Capital, LLC** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1  **Wilkin, Andrew Leo**

Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.12 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.65**___
☐ Schedule G _____
**Kabbage Inc.**

3.13 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.69**___
☐ Schedule G _____
**Knight Capital Funding**

3.14 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.82**___
☐ Schedule G _____
**On Deck**

3.15 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.100**___
☐ Schedule G _____
**TD Auto Finance**

3.16 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.101**___
☐ Schedule G _____
**TD Auto Finance**

3.17 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.102**___
☐ Schedule G _____
**TD Auto Finance**

3.18 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.106**___
☐ Schedule G _____
**Unique Funding Solutions LLC**

3.19 **Acute Property Management LLC**
**1974 S Acoma St**
**Denver, CO 80223-3902**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.108**___
☐ Schedule G _____
**US Bank NA**

Debtor 1   **Wilkin, Andrew Leo**                                 Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.20 **Gillian Wilkin** **1255 Fairfax St** **Denver, CO 80220-2524** | ☐ Schedule D, line _____ ■ Schedule E/F, line **2.1** ☐ Schedule G _____ **Colorado Dept. of Revenue** |
| 3.21 **Gillian Wilkin** **1255 Fairfax St** **Denver, CO 80220-2524** | ☐ Schedule D, line _____ ■ Schedule E/F, line **2.2** ☐ Schedule G _____ **IRS** |
| 3.22 **Gillian Wilkin** **1255 Fairfax St** **Denver, CO 80220-2524** | ■ Schedule D, line **2.4** ☐ Schedule E/F, line _____ ☐ Schedule G _____ **IRS** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com